Order denying motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Isaac Rudowitz and Star Hexagon Box Corporation, Respondents, v. William Conescu and Louis Blumenstock, Appellants. (Appeal No. 2.) — Order denying motion to vacate notice of examination before trial modified by striking item numbered 11 therefrom, and as so modified affirmed, with ten dollars costs and disbursements to respondents; examination to be brought on before the Special Term, Part 2, on five days' notice. No opinion. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Maria Schiano, Respondent, v. Brooklyn Union Gas Company, Appellant. Order of examination modified by striking out paragraph " 2 " and subdivisions (b) and (d) of paragraph " 3," on the ground that the matters therein are not pertinent to the issues contained in paragraphs " ninth " and " tenth " of the complaint. As so modified the order, in so far as appealed from, is affirmed, without costs. Defendant is directed to appear before Special Term, Part 2, on ten days' notice, the plaintiff to serve with said notice a notice giving the name or names of the person or persons to be examined. Lazansky, P. J., Young, , Kapper, Carswell and Davis, JJ., concur.

Harold L. R. Thomas, Appellant, v. Rose Edith Des Anges Hawkins, as Administratrix, etc., of Henry L. Des Anges, Deceased, and Others, Respondents. — Order reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. The representative of the decedent's estate is a necessary party to this action. (Potter v. Ellice, 48 N. Y. 321.) The original representative having died, the new administrator should be substituted in her place as a defendant. Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ., concur.

Pierre L. Willis, Respondent, v. S. M. H. Corporation, Appellant.*— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of James C. Crane, Respondent, for Relief by a Peremptory Order of Mandamus or Otherwise, against John R. Voorhis and Others, Constituting the Board of Elections of the City of New York, Appellants.— Motion to add appeal to October term calendar granted. Present — Young, Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of George Faunce, Jr., for Admission to the Bar. (From the States of Oklahoma and Pennsylvania.) —Application granted. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

Harriet E. Murray and Others, Respondents, v. Rubel Coal and Ice Corporation, Now Known as Rubel Corporation, Appellant.— Motion for stay granted upon the ground that it is an arguable question whether or not the stipulation entered into between the parties was a waiver of the right to have the case stricken from the calendar because of the service of a reply. Present — Lazansky, P. J., Kapper, Carswell, Tompkins and Davis, JJ.

In the Matter of the Application of James C. Crane, Respondent, for Relief by a Peremptory Order of Mandamus or Otherwise, against John R. Voorhis and Others, Constituting the Board of Elections of the City of New York, Appellants. — Order granting peremptory mandamus order reversed and motion denied,

* Modfd., 259 N. Y. 144 .